**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**
**Grand Jury Sworn in on November 18, 2022**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.** |
| **v.** | : | |
| **Abu Agila Mohammad Mas'ud Kheir Al-Marimi,** | : | |
| | : | **VIOLATIONS:** |
| **a/k/a Abu Agila Muhammad Mas'ud Kheir Al-Marimi,** | : | |
| | : | **18 U.S.C. §§ 32(a)(1) and (2), 34** |
| **a/k/a Abu Agila Muhammad Mas'ud Kheir,** | : | **(Destruction of Aircraft Resulting in Death)** |
| **a/k/a Hasan Abu Ojalya Ibrahim,** | : | |
| | : | **18 U.S.C. § 844(i)** |
| | : | **(Destruction of Vehicle Used in Foreign Commerce by Means of an Explosive Resulting in Death)** |
| **Defendant.** | : | |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

At times material to this Indictment, except as otherwise indicated:

1. Pan American World Airways was an airline owned by a corporation created under the laws of a State of the United States and registered under Chapter 20, Title 49 of the United States code. Pan American World Airways flew its aircraft in commerce between the United States and other countries and operated aircraft leased from and owned by a corporation created under the laws of the State of New York.

2. Pan American World Airways aircraft bearing number N739PA was a civil aircraft of the United States registered with the Federal Aviation Administration as required by Title 49,

United States Code, Section 1401 (1988), and operating within the special aircraft jurisdiction of the United States as defined by Title 49, United States Code, Section 1301(38) (1988).

3. On December 21, 1988, Pan American World Airways Flight 103 was operating in foreign air commerce between London's Heathrow Airport in the United Kingdom of Great Britain and Northern Ireland (hereinafter "United Kingdom") and John F. Kennedy Airport in the United States of America.

4. On December 21, 1988, Pan American World Airways Flight 103 carried 259 people (243 passengers and 16 crew members) who were citizens of the following countries: United States of America (hereinafter "USA"), United Kingdom, Switzerland, France, Canada, Israel, Argentina, Sweden, Ireland, Italy, Hungary, South Africa, Germany, Spain, Jamaica, Philippines, India, Belgium, Trinidad and Tobago, Japan, and Bolivia.

5. On December 21, 1988, at approximately 7:03 p.m., Greenwich Mean Time, Pan American World Airways Flight 103 broke apart in airspace above Scotland, United Kingdom, at an altitude of 31,000 feet as the result of the detonation of an explosive device contained inside of a suitcase in its forward cargo hold.

6. As a result of the explosion, Pan American World Airways Flight 103 was destroyed and fell to earth, killing all 259 passengers and crew, as well as eleven residents of the town of Lockerbie, Scotland, United Kingdom.

7. The Socialist People's Libyan Arab Jamahirya (hereinafter "Libya") was a nation located on the Mediterranean coast of North Africa.

8. The Jamahirya Security Organization ("JSO"), sometimes referred to as the External Security Organization (collectively hereinafter "ESO"), was the Libyan intelligence service through which Libya conducted acts of terrorism against other nations and repressed the

activities of Libyan dissidents abroad.

9. Defendant Abu Agila Mohammad Mas'ud Kheir al-Marimi, a/k/a Abu Agila Muhammad Mas'ud Kheir Al-Marimi, a/k/a Abu Agila Muhammad Mas'ud Kheir, a/k/a Hasan Abu Ojalya Ibrahim (hereinafter "MAS'UD") worked in various capacities for the ESO, including as a technical expert in building explosive devices from in or around 1973 to in or around 2011. MAS'UD earned promotions to the rank of Colonel during his tenure within the ESO and participated in a number of operations on its behalf outside Libya.

10. In the course of committing the crimes for which he is charged in this Indictment, MAS'UD did unlawfully, willfully and knowingly, conspire, combine, and agree with others affiliated with the ESO, to commit terrorist acts against the United States of America and its citizens, including by placing and causing to be placed a destructive device and explosive substance upon Pan American World Airways Flight 103 and by maliciously damaging and destroying by means of an explosive device Pan American World Airways Flight 103. MAS'UD did so with others both known and unknown to the Grand Jury. Those known to the Grand Jury include ABDEL BASSET ALI AL-MEGRAHI, also known as ABDELBASET ALI MOHMED, also known as ABDELBASET ALI Al MEGRAHI, also known as "MR. BASET," also known as AHMED KHALIFA ABDUSAMAD (hereinafter "MEGRAHI"); and LAMEN KHALIFA FHIMAH, also known as Al AMIN KHAALIFA FHIMAH, also known as "MR. LAMIN" (hereinafter "FHIMAH").

11. All of the conduct alleged in this Indictment was begun and committed outside the jurisdiction of any particular state or district, but within the extraterritorial jurisdiction of the United States, and pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

12. On or about December 21, 1988, in Malta, Germany, the United Kingdom, and elsewhere, defendant MAS'UD, together with MEGRAHI, FHIMAH, and others unknown to the Grand Jury, willfully and unlawfully caused to be placed a destructive device and substance in and upon aircraft number N739PA, a civil aircraft of the United States used, operated, and employed in overseas and foreign air commerce by Pan American World Airways as Pan Am Flight 103, en route to the United States from Heathrow Airport, London, United Kingdom, and within the special aircraft jurisdiction of the United States, and in so doing committed an act that was likely to endanger the safety of the aircraft, resulting in the deaths of:

| **Name** | **Country of Citizenship** |
|---|---|
| John Michael Ahern | USA |
| Sarah Margaret Aicher | USA |
| John David Akerstrom | USA |
| Paula Marie Alderman (Bouckley) | USA |
| Ronald Ely Alexander | Switzerland |
| Thomas Joseph Ammerman | USA |
| Martin Lewis Apfelbaum | USA |
| Rachel Maria Asrelsky | USA |
| Judith Ellen Atkinson (Bernstein) | USA |
| William Garretson Atkinson III | USA |
| Elisabeth Nichole Avoyne | France |
| Jerry Don Avritt | USA |
| Clare Louise Bacciochi | United Kingdom |
| Harry Michael Bainbridge | USA |
| Stuart Murray Barclay | Canada |
| Jean Mary Bell | United Kingdom |
| Julian MacBain Benello | USA |
| Lawrence Ray Bennett | USA |
| Philip Vernon Bergstrom | USA |

| | |
|---|---|
| Alistair Berkley | United Kingdom |
| Michael Stuart Bernstein | USA |
| Steven Russell Berrell | USA |
| Surinder Mohan Bhatia | USA |
| Kenneth John Bissett | USA |
| Stephen John Boland | USA |
| Glenn Bouckley | United Kingdom |
| Nicole Elise Boulanger | USA |
| Francis Boyer | France |
| Nicholas Bright | USA |
| Daniel Solomon Browner (Bier) | Israel |
| Colleen Renee Brunner | USA |
| Timothy Guy Burman | United Kingdom |
| Michael Warren Buser | USA |
| Warren Max Buser | USA |
| Steven Lee Butler | USA |
| William Martin Cadman | United Kingdom |
| Fabiana Caffarone | Argentina |
| Hernan Caffarone | Argentina |
| Noelle Lydie Berti Campbell | USA |
| Valerie Canady | USA |
| Gregory Joseph Capasso | USA |
| Timothy Michael Cardwell | USA |
| Bernt Wilmar Carlsson | Sweden |
| Richard Anthony Cawley | USA |
| Frank Ciulla | USA |
| Theodora Eugenia Cohen | USA |
| Eric Michael Coker | USA |
| Jason Michael Coker | USA |
| Gary Leonard Colasanti | USA |
| Bridget Concannon | Ireland |

| | |
|---|---|
| Thomas Concannon | Ireland |
| Sean Concannon | United Kingdom |
| Tracey Jane Corner | United Kingdom |
| Scott Marsh Cory | USA |
| Willis Larry Coursey | USA |
| Patricia Mary Coyle | USA |
| John Binning Cummock | USA |
| Joseph Patrick Curry | USA |
| William Alan Daniels | USA |
| Gretchen Joyce Dater | USA |
| Shannon Davis | USA |
| Maria Nieves de Larracoechea | Spain |
| Gianfranca Di Nardo | Italy |
| Joyce Christine DiMauro | USA |
| Peter Thomas Stanley Dix | Ireland |
| Om Dikshit | India |
| Shanti Dixit | USA |
| David Scott Dornstein | USA |
| Michael Edward Doyle | USA |
| Edgar Howard Eggleston III | USA |
| Siv Ulla Engstrom | Sweden |
| Turhan Michael Ergin | USA |
| Charles Thomas Fisher IV | USA |
| Joanne Flannigan | United Kingdom |
| Kathleen Mary Flannigan | United Kingdom |
| Thomas Brown Flannigan | United Kingdom |
| Clayton Lee Flick | United Kingdom |
| John Patrick Flynn | USA |
| Arthur Jay Fondiler | USA |
| Robert Gerard Fortune | USA |
| Stacie Denise Franklin | USA |

| | |
|---|---|
| Paul Stephen Mathew Freeman | Canada |
| James Ralph Fuller | USA |
| Dyane Fuller (Boatman) | USA |
| Ibolya Robertine Gabor | Hungary |
| Amy Beth Gallagher | USA |
| Matthew Kevin Gannon | USA |
| Kenneth Raymond Garczynski | USA |
| Paul Isaac Garrett | USA |
| Kenneth James Gibson | USA |
| William David Giebler, Jr. | USA |
| Olive Leonora Gordon | United Kingdom |
| Linda Susan Gordon | USA |
| Anne Madalene Gorgacz | USA |
| Loretta Anne Gorgacz | USA |
| David J. Gould | USA |
| Andre Nicholas Guevorgoian | USA |
| Nicola Jane Hall | South Africa |
| Lorraine Frances Halsch (Buser) | USA |
| Lynne Carol Hartunian | USA |
| Anthony Lacey Hawkins | United Kingdom |
| Dora Henrietta Henry | United Kingdom |
| Maurice Peter Henry | United Kingdom |
| Pamela Elaine Herbert | USA |
| Rodney Peter Hilbert | USA |
| Alfred Hill | Germany |
| Katharine Augusta Hollister | USA |
| Sophie Ailette Miriam Hudson | France |
| Josephine Hudson | United Kingdom |
| Melina K. Hudson | USA |
| Karen Lee Hunt | USA |
| Roger Elwood Hurst | USA |

| | |
|---|---|
| Elizabeth Sophie Ivell | United Kingdom |
| Khaled Nazir Jaafar | USA |
| Robert Van Houten Jeck | USA |
| Paul Avron Jeffreys | United Kingdom |
| Rachel Jeffreys | United Kingdom |
| Kathleen Mary Jermyn | USA |
| Beth Ann Johnson | USA |
| Mary Lincoln Johnson | USA |
| Timothy Baron Johnson | USA |
| Christopher Andrew Jones | USA |
| Julianne Frances Kelly | USA |
| Jay Joseph Kingham | USA |
| Patricia Ann Klein | USA |
| Gregory Kosmowski | USA |
| Elke Etha Kuehne | Germany |
| Minas Christopher Kulukundis | United Kingdom |
| Mary Lancaster | United Kingdom |
| Ronald Albert Lariviere | USA |
| Robert Milton Leckburg, Jr. | USA |
| William Chase Leyrer, Jr. | USA |
| Joan Sherree Lichtenstein (Sheanshang) | USA |
| Wendy Anne Lincoln | USA |
| Alexander Lowenstein | USA |
| Lloyd David Ludlow | USA |
| Maria Theresia Lurbke | Germany |
| Lilibeth Tobilla Macalolooy | USA |
| William Edward Mack | USA |
| James Bruce MacQuarrie | USA |
| Douglas Eugene Malicote | USA |
| Wendy Gay Malicote (Forsythe) | USA |
| Elizabeth Lillian Marek | USA |

| | |
|---|---|
| Louis Anthony Marengo | USA |
| Noel George Martin | Jamaica |
| Diane Marie Maslowski | USA |
| William John McAllister | United Kingdom |
| Daniel Emmet McCarthy | USA |
| Robert Eugene McCollum | USA |
| Charles Dennis McKee | USA |
| Bernard Joseph McLaughlin | USA |
| Jane Susan Melber | USA |
| John Merrill | United Kingdom |
| Suzanne Marie Miazga | USA |
| Joseph Kenneth Miller | USA |
| Jewel Courtney Mitchell | USA |
| Richard Paul Monetti | USA |
| Jane Ann Morgan | USA |
| Eva Ingeborg Morson | USA |
| Helga Rachael Mosey | United Kingdom |
| Ingrid Elisabeth Mulroy | Sweden |
| John Mulroy | USA |
| Sean Kevin Mulroy | USA |
| Mary Geraldine Murphy | United Kingdom |
| Jean Aitken Murray | United Kingdom |
| Karen Elizabeth Noonan | USA |
| Daniel Emmett O'Connor | USA |
| Mary Denice O'Neill | USA |
| Anne Lindsey Otenasek | USA |
| Bryony Elise Owen | United Kingdom |
| Gwyneth Yvonne Margaret Owen | United Kingdom |
| Laura Abigail Owens | USA |
| Martha Ives Owens | USA |
| Robert Plack Owens | USA |

| | |
|---|---|
| Sarah Rebecca Owens | USA |
| Robert Italo Pagnucco | USA |
| Christos Papadopoulos | USA |
| Peter Raymond Peirce | USA |
| Michael Cosimo Pescatore | USA |
| Sarah S B Philipps | USA |
| Frederick Sandford Phillips | USA |
| James Andrew Campbell Pitt | USA |
| David Patrick Joseph Platt | USA |
| Walter Leonard Porter | USA |
| Pamela Lynn Posen | USA |
| William Pugh, Jr. | USA |
| Estrella Crisostomo Quiguyan | Philippines |
| Rajesh Tarsis Priskel Ramses | India |
| Anmol Rattan | USA |
| Garima D. Rattan | USA |
| Suruchi Rattan | USA |
| Anita Lynn Reeves | USA |
| Mark Alan Rein | USA |
| Jocelyn Reina | USA |
| Diane Marie Rencevicz | USA |
| Gabriele Della Ripa | Italy |
| Louise Ann Rogers | USA |
| Edina Roller | Hungary |
| Janos Gabor Roller | Hungary |
| Zsuzsana Roller | Hungary |
| Hanne Maria Root | Canada |
| Saul Mark Rosen | USA |
| Andrea Victoria Rosenthal | USA |
| Daniel Peter Rosenthal | USA |
| Myra Josephine Royal | USA |

| | |
|---|---|
| Arnaud David Rubin | Belgium |
| Elyse Jeanne Saraceni | USA |
| Theresa Elizabeth Saunders | United Kingdom |
| Scott Christopher Saunders | USA |
| Johannes Otto Schauble | Germany |
| Robert Thomas Schlageter | USA |
| Thomas Britton Schultz | USA |
| Sally Elizabeth Scott | United Kingdom |
| Amy Elizabeth Shapiro | USA |
| Mridula Shastri | India |
| Irving Stanley Sigal | USA |
| Martin Bernard Carruthers Simpson | USA |
| Irja Synnove Skabo | USA |
| Ingrid Anita Smith | United Kingdom |
| Cynthia Joan Smith | USA |
| James Alvin Smith | USA |
| Mary Edna Smith | USA |
| John Somerville | United Kingdom |
| Lynsey Anne Somerville | United Kingdom |
| Paul Somerville | United Kingdom |
| Rosaleen Later Somerville | United Kingdom |
| Geraldine Anne Stevenson | United Kingdom |
| Hannah Louise Stevenson | United Kingdom |
| Rachael Stevenson | United Kingdom |
| John Charles Stevenson | United Kingdom |
| Charlotte Ann Stinnett | USA |
| Michael Gary Stinnett | USA |
| Stacey Leann Stinnett | USA |
| James Ralph Stow | USA |
| Elia G. Stratis | USA |
| Anthony Selwyn Swan | Trinidad and Tobago |

| | |
|---|---|
| Flora Margaret Swire | United Kingdom |
| Marc Alex Tager | United Kingdom |
| Hidekazu Tanaka | Japan |
| Andrew Alexander Teran | USA |
| Arva Anthony Thomas | USA |
| Jonathan Ryan Thomas | USA |
| Lawanda Thomas | USA |
| Mark Lawrence Tobin | USA |
| David William Trimmer-Smith | USA |
| Alexia Kathryn Tsairis | USA |
| Barry Joseph Valentino | USA |
| Tomas Floro van Tienhoven | Argentina |
| Asaad Eidi Vejdany | USA |
| Milutin Velimirovich | USA |
| Nicholas Andreas Vrenios | USA |
| Peter Petrisor Vulcu | USA |
| Raymond Ronald Wagner | USA |
| Janina Jozefa Waido | USA |
| Thomas Edwin Walker | USA |
| Kesha Weedon | USA |
| Jerome Lee Weston | USA |
| Jonathan White | USA |
| Brittany Leigh Williams | USA |
| Eric Jon Williams | USA |
| George Waterson Williams | USA |
| Stephanie Leigh Williams | USA |
| Bonnie Leigh Williams | USA |
| Miriam Luby Wolfe | USA |
| Chelsea Marie Woods | USA |
| Joe Nathan Woods | USA |
| Dedera Lynn Woods (Copeland) | USA |

| | |
|---|---|
| Joe Nathan Woods Jr. | USA |
| Andrew Christopher Gillies Wright | United Kingdom |
| Mark James Zwynenburg | USA |

(**Destruction of Aircraft Resulting in Death**, in violation of Title 18, United States Code, Sections 32(a)(2), 34, and 2)

**COUNT TWO**

13. The Grand Jury re-alleges and incorporates by reference as if fully stated herein paragraphs one through eleven of Count One of this Indictment.

14. On or about December 21, 1988, at an altitude of 31,000 feet, approximately in the vicinity of the town of Lockerbie, Scotland, and within the special aircraft jurisdiction of the United States, defendant MAS'UD, together with MEGRAHI, FHIMAH, and others unknown to the Grand Jury, did willfully and unlawfully damage, destroy, and wreck, by means of an explosive device, aircraft number N739PA, a civil aircraft of the United States used, operated, and employed in overseas and foreign air commerce by Pan American World Airways as Pan Am Flight 103, en route to the United States from Heathrow Airport, London, United Kingdom, resulting in the deaths of 270victims as specified in paragraph twelve of Count One of this Indictment.

(**Destruction of Aircraft Resulting in Death**, in violation of Title 18, United States Code, Sections 32(a)(1), 34, and 2)

**COUNT THREE**

15. The Grand Jury re-alleges and incorporates by reference as if fully stated herein paragraphs one through eleven of Count One of this Indictment.

16. On or about December 21, 1988, at an altitude of 31,000 feet, approximately in the vicinity of the town of Lockerbie, Scotland, defendant MAS'UD, together with MEGRAHI,

FHIMAH, and others unknown to the Grand Jury, did maliciously damage and destroy by means of an explosive, aircraft number N739PA, employed as Pan Am Flight 103, a vehicle used in foreign commerce, and in an activity affecting foreign commerce, which was en route to the United States from Heathrow Airport, London, United Kingdom.

17. On or about December 21, 1988, as a direct and proximate result of the damage and destruction of aircraft N739PA, above and within the town of Lockerbie, Scotland, and the surrounding area, defendant MAS'UD, together with MEGRAHI, FHIMAH, and others known and unknown to the Grand Jury, did cause the deaths of the 270 persons identified in paragraph twelve of Count One of this Indictment.

(**Destruction of Vehicle Used in Foreign Commerce by Means of an Explosive, Resulting in Death**, in violation of Title 18, United States Code, Section 844(i))

A TRUE BILL:

FOREPERSON

Matthew M. Graves /SM

United States Attorney in
And for the District of Columbia