**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-392 (DLF)** |
| **v.** | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT NOTICE REGARDING VICTIM ACCESS LEGISLATION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, provides the following notice to the Court pursuant to its Minute Order on December 15, 2023, directing the parties to update the Court on any material developments regarding Senate Bill 3250:

On October 13, 2023, the U.S. Department of Justice transmitted to Congress proposed legislation that, if passed, would provide statutory authority for this Court to provide victims of the Pan Am 103 bombing remote video and telephonic access to the proceedings.[1]  On December 6, 2023, the U.S. Senate passed that bill by unanimous consent with one minor amendment.  On December 11, 2023, the same bill, labeled H.R. 6714, was introduced in the House of Representatives and referred to the House Committee on the Judiciary.  On January 18, 2024, the House of Representatives passed H.R. 6714 by a vote of 413-7.  Presentment to the President is scheduled for today, January 19, 2024. Beginning at midnight on the day of Presentment, the

---

[1] Public information about the House bill can be found online at: https://www.congress.gov/bill/118th-congress/house-bill/6714?s=1&r=3.

President will have 10 days, excluding Sundays, to either sign or veto the bill. If he does not sign or veto during those 10 days, then it automatically becomes law as long as Congress is in session.

The government will provide an update to this Court on further developments.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


*/s/ Brittany Keil*
BRITTANY KEIL  (D.C. Bar No. 500054)
ERIK M. KENERSON (OH Bar No. 82960)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7763
Brittany.Keil@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530