BEFORE THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          .
                                   .  Case Number 22-cr-392
          Plaintiff,               .
                                   .
     vs.                           .
                                   .
ABU AGILA MOHAMMAD MAS'UD          .  Washington, D.C.
KHEIR AL-MARIMI,                   .  May 31, 2023
                                   .  9:15 a.m.
          Defendant.               .
- - - - - - - - - - - - - - - - -


                    TRANSCRIPT OF STATUS CONFERENCE
              BEFORE THE HONORABLE DABNEY L. FRIEDRICH
                    UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the United States:        BRITTANY KEIL, AUSA
                              ERIK KENERSON, AUSA
                              United States Attorney's Office
                              601 D Street Northwest
                              Washington, D.C. 20579

                              JEROME TERESINSKI, AUSA
                              United States Attorney's Office
                              801 West Superior Avenue
                              Suite 400
                              Cleveland, Ohio 44113

                              JENNIFER BURKE, ESQ.
                              KATHLEEN CAMPBELL, ESQ.
                              United States Department of Justice
                              National Security Division
                              950 Pennsylvania Avenue Northwest
                              Washington, D.C. 20530

                    -- continued --

APPEARANCES (CONTINUED):

For the Defendant:            WHITNEY MINTER, AFPD
                             TODD RICHMAN, AFPD
                             Federal Public Defender's Office
                             1650 King Street
                             Suite 500
                             Alexandria, Virginia 22314


Official Court Reporter:      SARA A. WICK, RPR, CRR
                             333 Constitution Avenue Northwest
                             Room 4704-B
                             Washington, D.C. 20001
                             202-354-3284


Proceedings recorded by stenotype shorthand.
Transcript produced by computer-aided transcription.

P R O C E E D I N G S

(Call to order of the court.)

COURTROOM DEPUTY:  Your Honor, we are in Criminal Action 22-392, the United States of America versus Abu Agila Mohammad Mas'ud Kheir Al-Marimi.

If I can have counsel please approach the podium and state your names for the record, starting with the United States.

MS. KEIL:  Good morning, Your Honor.  Brittany Keil for the United States, along with my co-counsel Erik Kenerson, Kathleen Campbell, Jennifer Burke, and Jerome Teresinski.

THE COURT:  Good morning to all of you.

MS. MINTER:  Good morning, Your Honor.  Whitney Minter and Todd Richman from the Office of the Federal Public Defender on behalf of Mr. Al-Marimi, who is present in custody.

THE COURT:  All right.  Good morning to all of you.

So this is a status hearing.  I've received your update regarding discovery.

Ms. Keil, let me hear from you.  Have all of the Scottish records been received as you expected?

MS. KEIL:  We received the first batch as we did expect, yes, Your Honor, and we were able to make the production 2 to the defense last week where we handed over the second batch, which included about 60,000 pages of documents.

We are currently still in negotiations and discussions with various countries.  We did just hear from Malta, Sweden, and the

Czech Republic since we filed this report, and they have granted permission to give us several hundred items as well.  So we will be processing those and working on those to make disclosures to the defense.

THE COURT:  All right.  Have you all had discussions about what makes sense in terms of proceedings moving forward?

MS. KEIL:  Yes, Your Honor.  We discussed perhaps setting another status date in a few months, or if the Court is amenable to filing a written joint report again, perhaps about mid-September, and then proposing what we would believe at that time to be a reasonable status date, and the Court could set one at that point.

THE COURT:  All right. Okay.  Thank you, Ms. Keil.

Let me hear from Ms. Minter.

MS. MINTER:  Your Honor, we don't have a tremendous additional amount to add.

We have received the documents referenced in paragraph 2 of the joint status update.  We are in the process of uploading those to a system for review.  It is, obviously, a tremendous amount of material.  We had to actually upload it to a separate server as opposed to our routine client server.  So we are just beginning the process of organizing and figuring out a system to review those.

THE COURT:  Okay.  And does it also make sense to you to have a status report mid-September and have you all propose a

date for a further status hearing at that time?

MS. MINTER:  I think it does make sense, Your Honor. We would agree.

THE COURT:  All right.  And are you having any issues with Mr. Al-Marimi in terms of access and interpreters or anything like that?

MS. MINTER:  No, Your Honor.

THE COURT:  Okay.  All right.  Thank you.

All right.  And, Ms. Keil, are these families of the victims in the courtroom?

MS. KEIL:  Yes, Your Honor.  Many have traveled here today, some from across the country.

THE COURT:  All right.  Well, thank you all for being here.  I'm sorry that there's not a way to broadcast proceedings so that you don't have to travel in person, but the Court just simply doesn't have the authority to do so, at least at this time.

All right.  So is there a motion to exclude time under the Speedy Trial Act?

MS. KEIL:  Yes, Your Honor.

THE COURT:  All right.  Well, for the reasons stated, namely in order for the government to continue to receive necessary discovery from foreign countries and for the defense to review that and make decisions about how best to defend this case and because I have deemed this case complex, I also think

it's in the interest of justice to exclude time.

And, Ms. Minter, is there any objection from the defense that I do?

MS. MINTER:  There is not, Your Honor.  Obviously, Mr. Al-Marimi is interested in making sure that the proceedings continue to progress, as I think are all the parties.  But he does understand the complex nature of the case and the need for our ability to zealously defend him.

THE COURT:  All right.  Well, given that I'm going to order a status report as suggested by the parties, is there any objection to excluding time until -- what date would you all suggest?  The end of November or later?  Do you all want to consult a moment?

MS. MINTER:  Court's indulgence, please, Your Honor.

THE COURT:  Sure.

(Counsel conferred.)

MS. KEIL:  Yes, Your Honor.  We would propose filing a joint status report by October 1st and then proposing a date at that point.

THE COURT:  Proposing a date for a hearing?

MS. KEIL:  Yes.

THE COURT:  Right.  But if we won't be back in court October 1st, my question is, how long should the Court exclude time?

MS. MINTER:  Perhaps through November 1st, Your Honor,

to allow some flexibility, although I imagine we could schedule a hearing quicker than that.

THE COURT:  All right.  And I guess if the parties -- that will work.  All right.

So I will exclude time with the defendant's consent through November 1st of 2023 in calculating the date for a speedy trial and order that the parties file a joint status report by October 1.

All right.  Is there anything else we need to address?

MS. KEIL:  Not from the government, Your Honor.

MS. MINTER:  Nothing from the defense, Your Honor.

THE COURT:  All right.  Thank you, everyone.

(Proceedings adjourned at 9:21 a.m.)

CERTIFICATE OF OFFICIAL COURT REPORTER


        I, Sara A. Wick, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.



/s/ Sara A. Wick_____          September 18, 2023_____

SIGNATURE OF COURT REPORTER          DATE