## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI,<br><br>*Defendant.* | Criminal No. 1:22-cr-392 (DLF) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the government's Motion for Order to Afford Victims Remote Video and Telephonic Access to Court Proceedings in this Case, Dkt. 51, is **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that, on or before February 21, 2025, the government shall file a reasonable and specific implementation proposal consistent with the Court's directions in the accompanying Memorandum Opinion, at 24–25. It is further

**ORDERED** that on or before March 3, 2025, the defendant shall file any response to the government's implementation proposal.

**SO ORDERED.**

*[signature]*
DABNEY L. FRIEDRICH
United States District Judge

December 23, 2024