UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 22-cr-392 (DLF) |
| v. | : | |
| | : | |
| ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI | : | |
| | : | |
| | : | |
| Defendant. | : | |

**MOTION TO VACATE TRIAL DATE, REQUEST A STATUS HEARING, AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court vacate the current trial date of May 12, 2025, and requests that the Court set an in-person status hearing (at which the defendant be permitted to appear virtually) during the week of March 10, 2025. In support of this motion, the government states as follows:

By Minute Order dated December 17, 2024, the Court, following discussion at a sealed hearing, directed the parties to file a joint status report proposing a revised schedule for further proceedings. Following the hearing, the parties filed a joint status report, indicating that the defendant is receiving treatment for a preexisting health condition, and that the parties expect that health condition to cause a delay of approximately 90-120 days, after which the parties expected that pretrial litigation would resume. *See* ECF 80. Based on additional information recently received by the parties, it appears that there will be additional delay.

The parties continue to be in negotiation regarding the best way to proceed in light of the defendant's ongoing treatment, as well as the discovery that the government continues to provide in this complex case. The parties represent to the court that they are in regular contact and having

productive discussions. However, the parties agree that the current trial date of May 12, 2025 is not reasonable based on the current posture of the case, and request that the May 12, 2025, trial date be vacated.

Although the parties were optimistic that they would be in a position to file a revised proposed schedule by February 26, 2025, the parties believe they need additional time to craft a reasonable pretrial schedule and to set a future trial date. Therefore, the government and the defense jointly request an in-person status hearing the week of March 10, 2025, with the presence of the United States Marshal Service.[1] If possible, government counsel requests March 10, 11, or 12 for that hearing.

On February 14, 2025, via Minute Order, the Court excluded time under the Speedy Trial Act through February 26, 2025. The case remains complex for the reasons previously stated, and the defendant's health, including the information received on February 19, 2025, have contributed to the parties' motion to vacate the trial date. The government requests that the Court continue to exclude time under the Speedy Trial Act through the date of the next status hearing, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. 3161(h)(7)(A).

Undersigned counsel have conferred with Whitney Minter and Todd Richman, Esqs., counsel for the defendant, and Ms. Minter informed undersigned counsel that the defense joins the requests to vacate the trial date and to set a status hearing, and that the defense does not oppose exclusion of time under the Speedy Trial Act through the date of the requested status hearing.

---

[1] The government recognizes that the Court and the parties are still working to implement the Court's December 23, 2024, Order granting victim access to Court proceedings. The government will take all reasonable steps to apprise the victims of any unsealed portions of the in-person hearing, to the extent that victims are not otherwise able to access the proceedings themselves.

WHEREFORE, for the foregoing reasons, and any additional reasons as may be cited at a hearing on this motion, the parties request that this motion be GRANTED, and that the Court sign the attached proposed order.

                                            Respectfully submitted,

                                            EDWARD R. MARTIN, JR.
                                            UNITED STATES ATTORNEY
                                            D.C. Bar No. 481866

                                            ***/s/ Brittany Keil***
                                            BRITTANY KEIL (D.C. Bar No. 500054)
                                            ERIK M. KENERSON (OH Bar No. 82960)
                                            CONOR MULROE (NY Bar Number 5289640)
                                            Assistant United States Attorneys
                                            JEROME J. TERESINSKI (PA Bar No. 66235)
                                            Special Assistant United States Attorney
                                            National Security Section
                                            United States Attorney's Office
                                            601 D Street NW
                                            Washington, D.C. 20530
                                            (202) 252-7763
                                            Brittany.Keil@usdoj.gov

                                            KATHLEEN CAMPBELL (MD Bar No. 9812170031)
                                            JENNIFER BURKE (MD Bar No. 9706250061)
                                            Trial Attorneys
                                            Counter Terrorism Section
                                            National Security Division
                                            950 Pennsylvania Avenue NW
                                            Washington, D.C. 20530