UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-392 (DLF)** |
| v. | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION CONTINUE STATUS CONFERENCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court continue the status conference presently set for April 1, 2025, to April 9, 2025, if that date is available for the Court. In support of this motion, the government states as follows:

On February 27, 2025, the Court granted the parties' motions to vacate the then-existing May 12, 2025, trial date and to set a status conference. ECF 94. The parties' request was based in part on an issue related to the defendant's health. *See*, *e.g.*, ECF 92. Following that status conference, which occurred on March 12, 2025, the Court directed the U.S. Marshals Service (USMS) to provide medical records by March 19, 2025, and to provide an updated report by March 31, 2025. Minute Entry dated March 12, 2025. USMS timely provided the records to the parties on March 19.

The government received a preliminary update from USMS on March 31, 2025.[1] Based on that oral update, the government understands that more information will be forthcoming over

---

[1] Undersigned counsel understand that USMS is waiting on some additional information, but plans to file its written update as directed later today once that information is received.

1

the next week regarding the defendant's health status. The government has shared that fact with defense counsel, and both parties suggest that it makes sense to continue the status conference until such time as that further information can be provided to the Court and the parties.

Accordingly, the government proposes vacating the status conference presently scheduled for April 1, 2025, and rescheduling it for April 9, 2025, if that date is convenient for the Court. The parties submit that it would be useful to have a representative of USMS available at that hearing. The parties suggest a hearing between 10 and 11:30 a.m. on April 9, 2025, if the Court is available then. The parties are also available in the afternoon on that date, but would prefer a morning hearing if possible.

Undersigned counsel have conferred with Whitney Minter and Todd Richman, Esqs., counsel for the defendant, and Ms. Minter informed undersigned counsel that the defense does not oppose continuing the presently scheduled status conference until April 9, 2025.

WHEREFORE, for the foregoing reasons, and any additional reasons as may be cited at a hearing on this motion, the government requests that this motion be GRANTED, and that the Court sign the attached proposed order.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866


*/s/ Erik M. Kenerson*
ERIK M. KENERSON (OH Bar No. 82960)
BRITTANY KEIL (D.C. Bar No. 500054)
CONOR MULROE (NY Bar Number 5289640)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530