IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 22CR392 (DLF) |
| ) | |
| ABU AGILA MOHAMMAD ) | |
| MAS'UD KHEIR AL-MARIMI, ) | |
| Defendant. ) | |

**ORDER CONTINUING TRIAL**

Upon consideration of Defendant's Motion to Continue Trial, and for good cause shown, it is hereby

ORDERED that said motion is Granted; and

FURTHER ORDERED that trial in this matter will begin on

_____.

Date: October _____, 2025.