**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 22-cr-392 (DLF)** |
| | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF FILING OF UNITED STATES' *EX PARTE* NOTICE OF APPLICATION TO THE COURT FOR CONFIRMATION OF STATUS UNDER THE VICTIM ACCESS STATUTE**

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

/s/ Jerome J. Teresinski

JEROME J. TERESINSKI
(PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(216) 622-3658 | (216) 633-1961
Email: Jerome.Teresinski2@usdoj.gov