CERTIFICATION OF BUSINESS RECORDS

I, _____, on penalty of criminal punishment for false
          (name)
statement, hereby state as follows:

1.  I am or was employed by/associated with _____
                                            (name of business from which the records are sought)
and my title is _____. By reason of my position, I am authorized and
                    (title)
qualified to make this statement.

2.  Each of the records attached hereto is the original or a duplicate of the original record in the custody of _____, and
                  (name of business from which the records are sought)
are described as follows:




3.  (1)   Such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

    (2)   such records were kept in the course of a regularly conducted business activity;

    (3)   the business activity made such records as a regular practice; and

    (4)   if any such record is not the original, it is a duplicate of the original.


                                        _____
                                              (Signature)


                                        _____
                                                (date)