| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

United States

VS.

Abu Agila Mohammad Mas'ud Kheir Al-Marimi

Civil/Criminal No. 22-cr-392 (DLF)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 500 | Arabic-Language Statements taken by Jamal | 2·11·2026 | ✓ | TUNSTALL | |
| 500-j | Arabic-Language Statements taken by Jamal (to be highlighted) | | | | |
| 500-t | Arabic-Language Statements taken by Jamal- English version | | | SSA Tunstall | |
| 501 | Defendant's Statements- Holes English Version | 2·11·2026 | ✓ | SSA Tunstall | |
| 501-h | Defendant's Statements- Holes English Version, highlighted | 2·11·2026 | ✓ | SSA Tunstall | |
| 502 | Full Packet of everything received from Libya-Arabic | 2·11·2026 | ✓ | SSA Tunstall | |
| 502-t | Full Packet of everything received from Libya- English | 2·11·2026 | ✓ | SSA Tunstall | |
| 503 | Screenshot of part of Misrata | | | | |
| 504 | Screenshot of part of Misrata (zoomed in) | | | | |
| 505 | Photo of the defendant at Scots Interview | 2·11·2026 | ✓ | SSA Tunstall | |

| | | | | |
|---|---|---|---|---|
| Government | ☑ | | | |
| Plaintiff | ☐ | | | |
| Defendant | ☐ | | | |
| Joint | ☐ | | | |
| Court | ☐ | | | |

United States

**VS.**

Abu Agila Mohammad Mas'ud Kheir Al-Marimi

Civil/Criminal No.  22-cr-392 (DLF)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 506 | Jamal Statement to the Scots- typed version | | | SSA Tunstall | |
| 507 | Photo of Al-Megrahi and Defendant | | | SSA Tunstall | |
| 508 | Video of Def ID | 2·11·2026 | √ | SSA Tunstall | |
| 509 | Reimbursements to Jamal | | | SSA Tunstall | |
| 510 | Jamal CV documents | 2·11·2026 | √ | TUNSTALL | |
| 506T | | 2·11·2026 | √ | TUNSTALL | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Government | ✓ | United States | | | |
|---|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | Civil/Criminal No. | 22-cr-392 (DLF) |
| Defendant | ☐ | | | | |
| Joint | ☐ | Abu Agila Mohammad Mas'ud Kheir Al-Marimi | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 603 | Visitor's List | 2-11-2026 | ✓ | SSA Tunstall | |
| 603-t | Visitor's List- translated | | | SSA Tunstall | |
| 608 | April 15 Hotel Report | 2-11-2026 | ✓ | SSA Tunstall | |
| 608-t | April 15th Report - translated | | | SSA Tunstall | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| Government | ✓ | |
| Plaintiff | ☐ | |
| Defendant | ☐ | |
| Joint | ☐ | |
| **Court** | ☐ | |

United States

VS.

Abu Agila Mohammad Mas'ud Kheir Al-Marimi

Civil/Criminal No.  22-cr-392 (DLF)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 803 | Luqa Airport All Airlines Flight Schedule | 2·11·2026 | ✓ | SSA Tunstall | |
| 824 | Masud Arrival IRO card from Tripoli 10.8.88 | 2·11·2026 | ✓ | SSA Tunstall | |
| 825 | Masud Depart IRO card to Tripoli 10.10.88 | 2·11·2026 | ✓ | SSA Tunstall | |
| 826 | Abdelbaset A Mohmed Arrive IRO card 10.8.88 | 2·11·2026 | ✓ | SSA Tunstall | |
| 827 | Abdelbaset A Mohmed depart IRO card 10.10.88 | 2·11·2026 | ✓ | SSA Tunstall | |
| 828 | Masud Arrival IRO card 12.14.88 | 2·11·2026 | ✓ | SSA Tunstall | |
| 829 | Masud Depart IRO card 12.21.88 LN147 | 2·11·2026 | ✓ | SSA Tunstall | |
| 830 | Masud Arrival IRO card, 12.7.88 KM231 | 2·11·2026 | ✓ | SSA Tunstall | |
| 831 | Masud Depart IRO card to Tripoli 12.9.88 | 2·11·2026 | ✓ | SSA Tunstall | |
| 832 | Abdelbaset Ali Mohmed Arrival IRO card, 12.7.88 | 2·11·2026 | ✓ | SSA Tunstall | |

| | |
|---|---|
| Government | ✓ |
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

United States

VS.

Abu Agila Mohammad Mas'ud Kheir Al-Marimi

Civil/Criminal No.  22-cr-392 (DLF)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 833 | Abdelbaset Ali Mohmed Depart IRO card 12.9.88 | 2.11.2026 | ✓ | SSA Tunstall | |
| 836 | Ahmed Khalifa Abdusamad Arrival IRO card from Tripoli, 12.20.88 | 2.11.2026 | ✓ | SSA Tunstall | |
| 837 | Ahmed Khalifa Abdusamad, Depart IRO card 12.21.88 LN 147 | 2.11.2026 | ✓ | SSA Tunstall | |
| 845 | Fhimah Arrival IRO card from Tripoli, 12.4.88 | 2.11.2026 | ✓ | SSA Tunstall | |
| 846 | Fhimah Depart IRO card to Tripoli, 12.18.88 | 2.11.2026 | ✓ | SSA Tunstall | |
| 847 | Fhimah Arrival IRO card from Tripoli, 12.20.88 | 2.11.2026 | ✓ | SSA Tunstall | |
| 848 | Fhimah Depart IRO card to Tripoli, 12.29.88 | 2.11.2026 | ✓ | SSA Tunstall | |
| 864 | Fhimah Airside Pass | 2.11.2026 | ✓ | SSA Tunstall | |
| 865 | Fhimah Diary page 12.15.88 | 2.11.2026 | ✓ | SSA Tunstall | |
| 865-t | Fhimah Diary page 12.15.88, translated | 2.11.2026 | ✓ | SSA Tunstall | |

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

United States

VS.

Abu Agila Mohammad Mas'ud Kheir Al-Marimi

Civil/Criminal No.   22-cr-392 (DLF

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 866 | Check-in Sheet | 2-11-2026 | ✓ | SSA Tunstall | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |