Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

U.S.

VS.

Al-Marimi

Civil/Criminal No. 1:22-cr-392 (DLF)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Rebecca Murray CV | 2·11·2026 | ✓ | R. MURRAY | |
| 1A | Expert Notice for Rebecca Murray | 2·11·2026 | ✓ | R. MURRAY | |
| 2 | PW119 Prisons and Detention in Libya | | | | |
| 3 | SAS-WP12-After the Fall of Libya | 2·11·2026 | ✓ | R. MURRAY | |
| 4 | Amnesty International Witnesses Abuse of Black Libyans in Tripoli | 2·11·2026 | — | R. MURRAY | |
| 5 | 2013-October UN Libya report--Torture Deaths Detention Libya | 2·11·2026 | ✓ | R. MURRAY | |
| 6 | Militias threaten hopes for new Libya - Amnesty International | 2·11·2026 | | R. MURRAY | |
| 7 | Amnesty International Finds Deaths of Detainees Amid Widespread Torture in Libya _ Amnesty International USA | 2·11·2026 | ✓ | R. MURRAY | |
| 8 | HRW Libya Violent Response to Tripoli Prison Mutiny | | | | |
| 9 | Libya_ Detainees tortured and denied medical care | | | | |

| Government | ☐ | U.S. | | |
|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | Civil/Criminal No.  1:22-cr-392 (DLF) |
| Defendant | ✓ | Al-Marimi | | |
| Joint | ☐ | | | |
| Court | ☐ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 10 | Wolfram Lacher small arms report SAS-SANA-BP-Tripoli-armed-groups | | | | |
| 11 | Amnesty International statement about killing of 12 detainees | | | | |
| 12 | UNSMIL Abuse Behind Bars Arbitrary Unlawful Detention in Libya | | | | |
| 13 | 2017-REPORT ON THE TRIAL OF 37 FORMER MEMBERS OF THE QADHAFI REGIME | 2·11·2026 | | R. MURRAY | |
| 14 | Law No. (5) of 2005 on Correction and Rehabilitation Institutions - Libya - DCAF Legal Databases | 2·11·2026 | | R. MURRAY | |
| 15 | HRW The Endless Wait | | | | |
| 16 | HRW Libya: Flawed Trial of Gaddafi Officials | | | | |
| 17 | Translated document with Libyan certification | 2·11·2026 | ✓ | NO WITNESS | |
| 18 | Translated document with American translation | 1 | ✓ | 1 | |
| | | | | | |