UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-392 (DLF) |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT REGARDING MOTIONS HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through undersigned counsel, respectfully submit this joint status update regarding a schedule for the parties to submit any additional evidence for the suppression hearing record. The parties propose that they shall submit any additional evidence or case law for the Court's consideration no later than March 5, 2026.

The parties agree to meet and confer ahead of that date to determine whether any of their submissions can be made jointly. If so, the parties will submit a joint pleading and will submit separately on any issues for which they cannot agree.

The government hereby notifies the Court and counsel that, for purposes of this hearing only, as a result of the arguments and evidence presented by the defendant at the hearing, the government withdraws its reliance on the fingerprint match evidence it introduced at the hearing. Defense counsel has informed undersigned counsel that, as a result of this withdrawal, the defense will no longer seek to introduce fingerprint evidence at this hearing.

## CONCLUSION

For the above reasons, the parties respectfully request that the Court set a March 5, 2026, deadline by which they will submit additional evidence and any additional case cites not contained within their briefs.

                          Respectfully submitted,

                          JEANINE FERRIS PIRRO
                          UNITED STATES ATTORNEY

By:   ***/s/ Brittany Keil***_____
        BRITTANY KEIL (D.C. Bar No. 500054)
        ERIK M. KENERSON (OH Bar No. 82960)
        CONOR MULROE (NY Bar No. 5289640)
        Assistant United States Attorneys
        JEROME J. TERESINSKI (PA Bar No. 66235)
        Special Assistant United States Attorney
        601 D Street NW, Washington, D.C. 20530
        (202) 252-7201 // Erik.Kenerson@usdoj.gov

        KATHLEEN CAMPBELL (MD Bar No. 9812170031)
        JENNIFER BURKE (MD Bar No. 9706250061)
        Trial Attorneys, Counter Terrorism Section
        National Security Division
        950 Pennsylvania Avenue NW, Washington, D.C. 20530