**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 22-cr-392 (DLF)** |
| **v.** | **:** | |
| | **:** | |
| **ABU AGILA MOHAMMAD** | **:** | |
| **MAS'UD KHEIR AL-MARIMI** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S NOTICE OF FILING OF ITS OPPOSITION TO THE**
**DEFENDANT'S MOTION CHALLENGING ALLEGEDLY ILLEGAL RENDITION**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, hereby provides notice that it has filed its opposition to the defendant's

motion challenging allegedly illegal rendition with the CISO, pursuant to the Classified

Information Procedures Act, on March 31, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:     */s/ Erik M. Kenerson*
      ERIK M. KENERSON (OH Bar No. 82960)
      CONOR MULROE (NY Bar No. 5289640)
      BRITTANY KEIL (D.C. Bar No. 500054)
      Assistant United States Attorneys
      JEROME J. TERESINSKI (PA Bar No. 66235)
      Special Assistant United States Attorney
      601 D Street NW, Washington, D.C. 20530
      (202) 252-7201 // erik.kenerson@usdoj.gov

      KATHLEEN CAMPBELL (MD Bar No. 9812170031)
      JENNIFER BURKE (MD Bar No. 9706250061)
      Trial Attorneys, Counter Terrorism Section
      National Security Division
      950 Pennsylvania Avenue NW, Washington, D.C. 20530