UNITED STATES OF AMERICA

VS.

ABU AGILA MOHAMMED MAS'UD KHEIR
AL-MARIMI

Civil/Criminal No. 22CR392(DLF)

| | Government | ☐ |
|---|---|---|
| | Plaintiff | ☐ |
| | Defendant | ✔ |
| | Joint | ☐ |
| | Court | ☐ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| A | DR. CUTLER'S CV FROM 2025 | 5.27.26 | ✓ | B. CUTLER | — |
| D | DR. CUTLER'S LIST OF CASES WHERE HE HAS TESTIFIED | | ✓ | | — |
| B | EXPERT NOTICE (11.25.25) | | ✓ | | — |
| C | EXPERT NOTICE (5.22.22) | | ✓ | | — |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |