**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **No. 1:22-cr-392 (DLF)** |
| | ) | |
| **ABU AGILA MOHAMMAD** | ) | |
| **MAS'UD KHEIR AL-MARIMI,** | ) | |
| Defendant. | ) | |

**MR. AL-MARIMI'S NOTICE OF FILING UPDATED *EX PARTE* BRIEF IN
SUPPORT OF HIS REPLY TO THE GOVERNMENT'S RESPONSE TO MR.
AL-MARIMI'S CIPA § 5 NOTICES**

Notice is hereby given that Abu Agila Al-Marimi filed a document with the
Classified Information Security Officer. Specifically, Mr. Al-Marimi filed his Updated
*Ex Parte* Brief in Support of His Reply to the Government's Response to Mr. Al-
Marimi's CIPA §5 Notices with the Classified Information Security Officer on August
6, 2026.

Respectfully submitted,

**ABU AGILA MOHAMMAD
MAS'UD KHEIR AL-MARIMI**

By:  _____/s/_____

Whitney E.C. Minter
Va. Bar # 47193
Brooke Sealy Rupert
Va. Bar #79729
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800 (telephone)
(703) 600-0880 (facsimile)
whitney_minter@fd.org (email)

Laura Koenig
Va. Bar #86840
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia 23219
(804) 343-0800 (telephone)
(804) 648-5033 (facsimile)
laura_koenig@fd.org (email)