**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 22CR392 (DLF)** |
| | ) | |
| **ABU AGILA MOHAMMAD** | ) | |
| **MAS'UD KHEIR AL-MARIMI,** | ) | |
| **Defendant.** | ) | |

## ORDER CONTINUING TRIAL

Upon consideration of Defendant's Motion to Continue Trial, and for good cause shown, it is hereby

ORDERED that said motion is Granted; and

FURTHER ORDERED that the Court will hold a status conference on September 1, 2026, at 10:00 a.m.

Date: August _______, 2026.