**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-CR-392 (DLF)** |
| | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter is before the Court upon the government's Motion to Compel Defense Exhibit List. For the reasons stated in that motion, the motion is GRANTED. The government shall file any reply to the defendant's supplemental response regarding Rule 902(4) and MLAT productions by September 15, 2026.

____________________________________
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT COURT JUDGE